**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CESAR AUGUSTO CISNEROS-VALDEZ, <br><br>                    Petitioner, <br><br>  v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br>                    Respondent. | No. 09-72332 <br><br> Agency No. A027-551-191 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Cesar Augusto Cisneros-Valdez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for protection

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence factual findings.  *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006).  We deny the petition for review.

Substantial evidence supports the BIA's denial of CAT relief because Cisneros-Valdez failed to establish it is more likely than not he would be tortured at the instigation or with the acquiescence of the Guatemalan government.  *See Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).  We reject Cisneros-Valdez's contention that the agency did not consider the State Department country report as he has not overcome the presumption that it considered this evidence.  *See Fernandez v. Gonzales*, 439 F.3d 592, 603 (9th Cir. 2006).  Accordingly, Cisneros-Valdez's CAT claim fails.

**PETITION FOR REVIEW DENIED.**

09-72332